IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Builders Mutual Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 4:07-cv-2179-TLW |
| | ) | |
| Wingard Properties, Inc., a/k/a Wingard Properties; Brian J. Roberts; Christina K. Roberts; and Auto-Owners Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 4, 2010, this Court denied each party's motion for summary judgment and directed the parties to file memoranda stating whether the Court still has jurisdiction over this action under 28 U.S.C. § 1332(a). (Doc. # 82). Now before this Court are the memoranda of law submitted by Auto-Owners Insurance Company and Builders Mutual Insurance Company. (Docs. # 83 and 84). Both parties assert that this Court still retains jurisdiction. After reviewing the memoranda submitted by each party and the relevant caselaw cited therein, this Court holds that the amount in controversy requirement has been sufficiently satisfied. Therefore, this Court has jurisdiction to decide the matter in controversy. A bench trial is set in this case on Tuesday, August 17, 2010 at 9:30 A.M.

**IT IS SO ORDERED**.

s/Terry L. Wooten
TERRY L. WOOTEN
United States District Judge

July 21, 2010
Florence, South Carolina